Dismissed and Memorandum Opinion filed August 26, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00158-CR

____________

 

WILLIS LEE SNEED, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 339th District Court

Harris County, Texas

Trial Court Cause No. 1235221

 



 

MEMORANDUM
OPINION

A jury convicted appellant of possession of less than one
gram of cocaine.  On February 5, 2010, the trial court sentenced appellant to
confinement for 547 days in the State Jail Division of the Texas Department of
Criminal Justice.  Appellant filed a notice of appeal on February 5, 2010.  

On August 5, 2010, this court ordered a hearing to determine
why appellant’s counsel had not filed a brief in this appeal.  On May 24, 2010,
the trial court conducted the hearing, and the record of the hearing was filed
in this court on August 9, 2010.

At the hearing, appellant, together with his counsel,
confirmed that appellant had discussed the issues with counsel and determined
that appellant no longer wished to pursue his appeal.

On August 18, 2010, appellant filed a written motion to
withdraw the appeal and attached a transcription of the above-referenced
hearing.  Because this Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

 

PER CURIAM

 

Panel
consists of Justices Anderson, Frost, and Brown. 

Do Not
Publish — Tex. R. App. P. 47.2(b).